No. 6961.

### MARIE M. HEBERT vs. RAPHAEL HEBERT, TUTOR.

The charge for board of the minor is not compensated by services rendered in the household, when those services are such only as a young woman who has but a small patrimony ought to render while living in the house of her grandfather.

When the excess of revenue over expenditure is in no year over five hundred dollars, the tutor is not bound to pay interest on such excess.

The charges for opening and settling a succession are privileges which must be paid as such, as well when a tutor administers the succession as tutor, as when an admin- istrator *eo nomine* opens and settles it.

APPEAL from the Parish Court of West Baton Rouge.   HYAMS, J.

*Barrow & Pope* for the Tutor.   *Farrot & Lamon* for Appellant.

MANNING, C. J., delivered the opinion, amending the judgment.